**George PEREZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27217.**

Court of Criminal Appeals of Texas.

Dec. 1, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is unlawfully carrying a pistol; the punishment, a fine of $150.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.